SALGADO & PERALTA, P.A.
Mario Salgado, SBN: 128533
605 Market Street, Suite 1111
San Francisco, CA 94105
Tel: (415) 401-8699

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALEXANDER SANDIGO, | Case No.:   1:26-cv-00149-DJC-AC (HC) |
| Petitioner, | |
| v. | **ORDER DISMISSING ACTION AS MOOT** |
| CHRISTOPHER CHESTNUT, ET AL., | |
| Respondents. | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

Based on the parties' Joint Stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

- This action is DISMISSED AS MOOT without prejudice.
- Petitioner may file a motion for attorney's fees and costs under the Equal Access to Justice Act within the statutory time period.
- The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 23, 2026          /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE

1
ORDER DISMISSING ACTION AS MOOT